No. 25-5531

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NETLIST, INC.,

*Plaintiff-Appellee*,

v.

SAMSUNG ELECTRONICS CO., LTD.,

*Defendant-Appellant.*

Appeal from the U.S. District Court for the Central District of California,
No. 8:20-cv-00993-WLH-ADS, Hon. Wesley L. Hsu

**NETLIST'S UNOPPOSED MOTION FOR A 14-DAY
EXTENSION OF TIME TO FILE ITS RESPONSE BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 31-2.2(b), Netlist, Inc. ("Netlist") respectfully moves for a 14-day extension of time to file its response brief in the above-captioned case. The response brief was originally due January 21, 2026. On January 14, 2026, Netlist moved for a 47-day extension of time, Dkt. No. 24, which this Court granted on January 15, 2026, Dkt. No. 25. The response brief is thus currently due March 9, 2026. If this motion is granted, the brief will be due on March 23, 2026.

Netlist's counsel has informed counsel for Samsung Electronics Co., Ltd. ("Samsung") of this extension request. Samsung does not oppose this motion.

The requested extension is necessary because, after undersigned counsel filed its first motion for an extension of time, the United States Court of Appeals for the Federal Circuit scheduled oral argument in six appeals for the first week of March 2026 that are set to be argued by attorneys who are also representing Netlist in this appeal. Additionally, undersigned counsel has been, and will remain, heavily engaged with the press of other matters before this Court and other tribunals. Given these extraordinary commitments, a 14-day extension of time is warranted.

In support of this motion, Netlist states as follows:

1. This case involves a breach-of-contract claim that has been litigated through three jury trials and one prior appeal. This appeal (the second) arises from the latest jury verdict in Netlist's favor. The district court entered judgment against Samsung on April 7, 2025, and denied Samsung's motion for a new trial on August 4, 2025. Samsung filed its notice of appeal on August 29, 2025. Samsung submitted a streamlined request for a 30-day extension of time to file the opening brief, which was granted. Dkt. No. 8. Samsung then filed its opening brief on December 22, 2025. Dkt. No. 20. The response brief was originally due on January 21, 2026. On January 14, 2026, Netlist's counsel filed a motion for a 47-day extension of time to

file the response brief, which was granted. Dkt. Nos. 24 & 25. The response brief is currently due on March 9, 2026.

2. As explained in the attached Declaration of Jeffrey A. Lamken, on January 21, 2026, undersigned counsel received notice from the United States Court of Appeals for the Federal Circuit that oral argument was set in six appeals set to be argued by counsel who also represent Netlist in this appeal. Undersigned counsel is designated as arguing counsel for four of those six appeals. MoloLamken partners Rayiner Hashem and Jennifer Fischell, who also represent Netlist in the above-captioned case, are designated as arguing counsel for the other two appeals. All six arguments are scheduled for the first week of March 2026. Specifically, *Durr Systems, Inc. v. EFC Systems, Inc.*, No. 24-2158 (Fed. Cir.), is set for argument on March 2, 2026; *TQ Delta, LLC v. CommScope Holding Co., Inc.*, Nos. 24-1587, 24-1588 (Fed. Cir.), is set for argument on March 4, 2026; and *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, No. 24-1707 (Fed. Cir.); *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, Nos. 24-1859, 24-1863 (Fed. Cir.); *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, Nos. 24-2240, 24-2241 (Fed. Cir.); and *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, No. 24-2203 (Fed. Cir.), are set for argument as companion cases on March 6, 2026.

3. Additionally, undersigned counsel has been, and will remain, heavily engaged with the press of other matters, including an opening brief in *Anonymous*

3

*Media Research Holdings, LLC v. Roku, Inc.*, No. 25-2129 (Fed. Cir.), filed on January 20, 2026; a reply brief in support of a petition for a writ of certiorari in *Nielsen v. Watanabe*, No. 25-417 (U.S.), filed on January 20, 2026; an opening brief in *C.R. Bard, Inc. v. Atrium Medical Corp.*, Nos. 25-5210, 25-5211 (9th Cir.), filed on January 22, 2026; a response brief in *Netlist, Inc. v. Micron Technology Texas, LLC*, No. 25-1936 (Fed. Cir.), filed on February 9, 2026; an opening brief in *Corel Software LLC v. Microsoft*, No. 25-2167 (Fed. Cir.), filed on February 13, 2026; a reply brief in support of a petition for a writ of certiorari in *Lynk Labs, Inc. v. Samsung Electronics Co., Ltd.*, No. 25-308 (U.S.), filed on February 17, 2026; a meeting with the U.S. Solicitor General's Office in connection with *RiseandShine Corp. v. PepsiCo, Inc.*, No. 24-1016 (U.S.), on February 24, 2026; a reply brief in *VideoShare, LLC v. Google LLC*, Nos. 25-1842, 25-1876 (Fed. Cir.), due on March 5, 2026; and an opening brief in *Trinka v. Collins*, No. 25-5341 (D.C. Cir.), due on March 12, 2026.

4. Samsung does not oppose the requested relief. Undersigned counsel has worked and will continue to work diligently to prepare Netlist's response brief. Counsel will file the brief by the date requested, March 23, 2026.

Netlist respectfully requests a 14-day extension of time to file its response brief, to and including March 23, 2026.

February 24, 2026                    Respectfully submitted,

Lisa Glasser                         /s/ *Jeffrey A. Lamken*
A. Matthew Ashley                    Jeffrey A. Lamken
IRELL & MANELLA LLP                  MOLOLAMKEN LLP
840 Newport Center Drive             The Watergate, Suite 500
Suite 400                            600 New Hampshire Avenue, N.W.
Newport Beach, CA 92660              Washington, D.C. 20037
(949) 760-0991 (telephone)           (202) 556-2010 (telephone)
(949) 769-5200 (facsimile)           (202) 556-2001 (facsimile)
lglasser@irell.com                   jlamken@mololamken.com

Michael David Harbour
Nora Isabella Chestney
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010 (telephone)
(310) 203-7199 (facsimile)

*Counsel for Netlist, Inc.*

# DECLARATION OF JEFFREY A. LAMKEN IN SUPPORT OF NETLIST'S UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME TO FILE ITS RESPONSE BRIEF

I, Jeffrey A. Lamken, hereby declare:

1. I am a partner in the law firm MoloLamken LLP and counsel for Netlist, Inc. ("Netlist"). I am over the age of 18 and have personal knowledge of the matters set forth herein.

2. I submit this declaration in support of Netlist's unopposed motion for a 14-day extension of time to file its response brief.

3. Counsel for Netlist informed counsel for Samsung Electronics Co., Ltd. ("Samsung") of this extension motion.

4. Counsel for Samsung has indicated that Samsung does not object to the requested extension.

5. Netlist's response brief was originally due January 21, 2026. On January 14, 2026, Netlist's counsel of record filed a motion for a 47-day extension of time to file the response brief, which was granted. Dkt. Nos. 24 & 25.

6. Netlist's response brief is currently due on March 9, 2026. If this motion is granted, the brief will be due on March 23, 2026.

7. On January 21, 2026, I received notice from the United States Court of Appeals for the Federal Circuit that oral argument was set in six appeals where MoloLamken LLP and I represent an arguing party. I am designated as arguing

counsel for four of those six appeals. MoloLamken partners Rayiner Hashem and Jennifer Fischell, who also represent Netlist in this case, are designated as arguing counsel for the other two appeals.

8. All six arguments are scheduled for the first week of March 2026. Specifically, *Durr Systems, Inc. v. EFC Systems, Inc.*, No. 24-2158 (Fed. Cir.), is set for argument on March 2, 2026; *TQ Delta, LLC v. CommScope Holding Co., Inc.*, Nos. 24-1587, 24-1588 (Fed. Cir.), is set for argument on March 4, 2026; and *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, No. 24-1707 (Fed. Cir.); *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, Nos. 24-1859, 24-1863 (Fed. Cir.); *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, Nos. 24-2240, 24-2241 (Fed. Cir.); and *Netlist, Inc. v. Samsung Electronics Co., Ltd.*, No. 24-2203 (Fed. Cir.), are set for argument as companion cases on March 6, 2026.

9. Additionally, I have been, and will remain, heavily engaged with the press of other matters before this Court and other tribunals. Those matters include: an opening brief in *Anonymous Media Research Holdings, LLC v. Roku, Inc.*, No. 25-2129 (Fed. Cir.), filed on January 20, 2026; a reply brief in support of a petition for a writ of certiorari in *Nielsen v. Watanabe*, No. 25-417 (U.S.), filed on January 20, 2026; an opening brief in *C.R. Bard, Inc. v. Atrium Medical Corp.*, Nos. 25-5210, 25-5211 (9th Cir.), filed on January 22, 2026; a response brief in *Netlist, Inc. v. Micron Technology Texas, LLC*, No. 25-1936 (Fed. Cir.), filed on

2

February 9, 2026; an opening brief in *Corel Software LLC v. Microsoft*, No. 25-2167 (Fed. Cir.), filed on February 13, 2026; a reply brief in support of a petition for a writ of certiorari in *Lynk Labs, Inc. v. Samsung Electronics Co., Ltd.*, No. 25-308 (U.S.), filed on February 17, 2026; a meeting with the U.S. Solicitor General's Office in connection with *RiseandShine Corp. v. PepsiCo, Inc.*, No. 24-1016 (U.S.), on February 24, 2026; a reply brief in *VideoShare, LLC v. Google LLC*, Nos. 25-1842, 25-1876 (Fed. Cir.), due on March 5, 2026; and an opening brief in *Trinka v. Collins*, No. 25-5341 (D.C. Cir.), due on March 12, 2026.

10. Given these commitments, a 14-day extension is necessary to prepare Netlist's response brief.

11. I will continue to work diligently on the matter and do not anticipate asking for a further extension. I will file the brief by the date requested, March 23, 2026.

12. No court reporter is in default with respect to any requested transcript.

\* \* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

3

Executed:  February 24, 2026    /s/ *Jeffrey A. Lamken*

                                                        Jeffrey A. Lamken
                                                        MOLOLAMKEN LLP
                                                        The Watergate, Suite 500
                                                        600 New Hampshire Avenue, N.W.
                                                        Washington, D.C. 20037
                                                        (202) 556-2010 (telephone)
                                                        (202) 556-2001 (facsimile)
                                                        jlamken@mololamken.com

                                                        *Counsel for Netlist, Inc.*

## CERTIFICATE OF COMPLIANCE

The foregoing filing complies with the relevant type-volume limitations and typeface style requirements of the Federal Rules of Appellate Procedure and Ninth Circuit Rules because it has been prepared using a proportionally spaced typeface, including serifs, in 14-point Times New Roman font using Microsoft Word and contains 826 words, excluding the parts of the filing excepted by the Rules.

Dated: February 24, 2026 /s/ *Jeffrey A. Lamken*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the ACM system on February 24, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished with the ACM system.

Dated: February 24, 2026         /s/ *Jeffrey A. Lamken*